UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MCCLAIN,<br><br>　　　　　　　　Plaintiff<br><br>　v.<br><br>HENLEY,<br><br>　　　　　　　　Defendant | Case No.  3:24-cv-00458-ART-CSD<br><br>**ORDER** |

On October 4, 2024, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted an application to proceed *in forma pauperis* in this matter.  (*See* ECF Nos. 1, 4).  Plaintiff did not submit a complaint.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3.   As such, the Court grants Plaintiff **until November 15, 2024**, to submit a complaint.

For the foregoing reasons, it is ordered that Plaintiff will submit a complaint to this Court on or before **November 15, 2024**.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint and a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED: October 17, 2024


_____
UNITED STATES MAGISTRATE JUDGE