UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MCCLAIN,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>HENLEY, *et al.*,<br>　　　　　　　　　　Defendants. | Case No. 3:24-cv-00458-ART-CSD<br><br>ORDER |

　　　　Plaintiff requests to have his advocate, Kelly Figueroa, from Signs of Hope attend his Inmate Early Mediation Conference scheduled for November 4, 2025. (ECF No. 13). Plaintiff does not provide any other information about this person. Defendants do not oppose the request and defer to the Court's discretion to grant or deny the request. (ECF No. 14).

　　　　The Court denies the request. In a court in Nevada, only a licensed attorney who is an active member of the State Bar of Nevada is authorized to represent a client. *See* Nev. Rev. Stat. 7.285; S.C.R. 77.

　　　　It is therefore ordered that the motion to request advocate (ECF No. 13) is denied.

　　　　DATED: November 3, 2025.



　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE